UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-20081-CR-ALTMAN

UNITED STATES OF AMERICA,

vs.

EMMANUEL SYLVESTRE,

    Defendant.

_____/

## NOTICE OF EXPERT EVIDENCE OF A MENTAL CONDITION

Emmanuel Sylvestre, through undersigned counsel, respectfully gives notice under Federal Rule of Criminal Procedure 12.2(b) that he "intends to introduce expert evidence relating to a mental disease or defect or any other mental condition on . . . the issue of guilt." Fed. R. Crim. P. 12.2(b). Specifically, Mr. Sylvestre intends to introduce evidence that he is intellectually disabled.

Respectfully submitted,

**HECTOR A. DOPICO**
**FEDERAL PUBLIC DEFENDER**

By:   */s/ Alexandra Hoffman*
      Alexandra Hoffman
      Assistant Federal Public Defender
      Florida Bar No. 1011796
      150 W. Flagler Street, Suite 1700
      Miami, Florida  33130
      Tel:  305-530-7000
      E-Mail Address: alexandra_hoffman@fd.org

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

_/s/Alexandra Hoffman_
Alexandra Hoffman