**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cr-20081-ALTMAN**

**UNITED STATES OF AMERICA,**

*v.*

**EMMANUEL SYLVESTRE**,

    *Defendant.*

                      /

## **ORDER FOLLOWING MOTION HEARING**

On June 15, 2026, the Court held hearings on the Defendant's Motion to Suppress [ECF No. 21], the Defendant's Motion for Representative Jury Source [ECF No. 19], and the Government's Motion *in limine* [ECF No. 22]. *See* June 15, 2026, Paperless Minutes [ECF No. 38]. For the reasons we articulated at our June 15, 2026, hearing, we **ORDER** and **ADJUDGE** as follows:

1. The Defendant's Motion to Suppress [ECF No. 396] is **DENIED**. As we outlined at our June 15, 2026, hearing, the Government must provide the Defendant with all information related to the "First Interview" by **July 15, 2026**.

2. The Defendant's Motion for Representative Jury Source [ECF No. 19] is **GRANTED in part** and **DENIED in part**. We **GRANT** the second part of the Defendant's Motion for "the disclosure of jury selection records and materials from this district." *Id.* at 13. Defense counsel may contact the Clerk's Office directly to arrange for the receipt of the requested records. The Defendant's request for the creation of a "representative jury source list" is **DENIED without prejudice**. The Defendant may refile his request after reviewing the relevant jury-selection records.

3. The Government's Unopposed Motion *in limine* [ECF No. 22] is **GRANTED**. The Defendant agrees not to raise the defense of selective prosecution.

4. Judge Leibowitz of our Court recently appointed Paul D. Clement as an *amicus curiae* in a similar case involving an alleged violation of 18 U.S.C. § 611. *See United States v. Cox*, 25-cr-60249 [ECF No. 37] (Leibowitz, J.). Judge Leibowitz asked Mr. Clement to file a memorandum by July 17, 2026, "addressing the constitutional authority of Congress to enact 18 U.S.C. § 611." *Ibid.* at 2. As we discussed at our June 15, 2026, hearing, we likewise will consider the memorandum Mr. Clement ultimately files in Judge Leibowitz's case, 25-cr-60249. By **July 31, 2026**, the Defendant will respond to the *amicus* memorandum. By **August 14, 2026**, the Government may respond to the *amicus* memorandum and respond to the Defendant's filing. By **August 21, 2026**, the defense may file his reply.

**DONE AND ORDERED** in the Southern District of Florida on June 16, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2