UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cr-20081-ALTMAN

UNITED STATES OF AMERICA,

*v.*

EMMANUEL SYLVESTRE,

 *Defendant.*

_____/

## ORDER

In our June 16, 2026, Order [ECF No. 39], we informed the parties that "Judge Leibowitz of our Court had appointed Paul D. Clement as an *amicus curiae* in a similar case involving an alleged violation of 18 U.S.C. § 611." June 16, 2026, Order at 2 (citing *United States v. Cox*, 25-cr-60249 [ECF No. 37] (Leibowitz, J.)). As we explained, "Judge Leibowitz had asked Mr. Clement to file a memorandum by July 17, 2026, 'addressing the constitutional authority of Congress to enact 18 U.S.C. § 611.'" *Ibid.* (quoting *Cox*, 25-cr-60249 [ECF No. 37] at 2). Mr. Clement has now filed his *Amicus* Memorandum, *see Cox*, 25-cr-60249 [ECF No. 46], which we've attached to this Order, *see* [ECF No. 45-1]. By **August 4, 2026**, the Defendant may respond to the *Amicus* Memorandum. By **August 18, 2026**, the Government may respond to the *Amicus* Memorandum and respond to the Defendant's filing. By **August 25, 2026**, the Defendant may file his reply memorandum.

**DONE AND ORDERED** in the Southern District of Florida on July 23, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2