UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-20081-CR-ALTMAN

UNITED STATES OF AMERICA,

vs.

EMMANUEL SYLVESTRE,

Defendant.
_______________________________/

**MR. SYLVESTRE'S STATUS REPORT REGARDING PLEA NEGOTIATIONS**

Emmanuel Sylvestre, through undersigned counsel, respectfully files this status report regarding the parties' ongoing plea negotiations. The status of the negotiations are as follows:

1) On October 2, 2026, Mr. Sylvestre presented a potential resolution of this case to the Government.

2) On the same day, Mr. Sylvestre moved to continue the case to allow time for the Government to present the proposed resolution to management.

3) The Court granted the motion to continue and ordered Mr. Sylvestre to file a notice on the docket today regarding the status of the proposed resolution. (DE 54).

4) On October 13, 2026, AUSA Jeffrey Pierce returned to the office after a pre-planned vacation and presented the proposed resolution to his management.

5) On October 14, 2026, AUSA Jeffrey Pierce responded to undersigned counsel with a request regarding the proposed resolution.

6) On October 15, 2026, the parties discussed the Government's request over the telephone. The defense made several additional inquiries regarding the Government's request.

7) On October 16, 2026, the Government provided additional information regarding its request.

8) The defense needs additional time to discuss the Government's request with the Federal Public Defender, Hector Dopico, and its client, Mr. Sylvestre. Accordingly, the defense requests an additional week, until Friday, October 23, 2026, to provide an updated status report regarding the parties' plea negotiations. The Government agrees with this request for another week to engage in good-faith plea negotiations.

9) Defense counsel has discussed with Mr. Sylvestre his right to a speedy trial under 18 U.S.C. § 3161. Mr. Sylvestre agrees to waive his speedy trial rights and agrees that the period of delay beginning from the date this Status Report was filed until the date this Court sets this case for trial shall be deemed excludable time in accordance with 18 U.S.C. § 3161.

10) For the foregoing reasons, Mr. Sylvestre requests an additional week, until October 23, 2026, to engage in good-faith plea negotiations.

**Respectfully submitted,**

**HECTOR A. DOPICO**
**FEDERAL PUBLIC DEFENDER**

By: */s/Alexandra Hoffman*
Alexandra Hoffman
Assistant Federal Public Defender
Florida Bar No. 1011796
150 W. Flagler Street, Suite 1700
Miami, Florida 33130
Tel: 305-530-7000
E-Mail Address: alexandra_hoffman@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/Alexandra Hoffman*
Alexandra Hoffman