UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-20081-CR-ALTMAN

UNITED STATES OF AMERICA,

vs.

EMMANUEL SYLVESTRE,

Defendant.
_______________________________/

**JOINT STATUS REPORT REGARDING PLEA NEGOTIATIONS**

Emmanuel Sylvestre, through undersigned counsel, and the Government respectfully file this status report regarding their ongoing plea negotiations. The status of the negotiations are as follows:

1) On October 2, 2026, Mr. Sylvestre presented a potential resolution of this case to the Government.

2) On the same day, Mr. Sylvestre moved to continue the case to allow time for the Government to present the proposed resolution to management.

3) The Court granted the motion to continue and ordered Mr. Sylvestre to file a notice on the docket today regarding the status of the proposed resolution. (DE 54).

4) On October 13, 2026, AUSA Jeffrey Pierce returned to the office after a pre-planned vacation and presented the proposed resolution to his management.

5) On October 14, 2026, AUSA Jeffrey Pierce responded to undersigned counsel with a request that Mr. Sylvestre be evaluated by a second doctor regarding

his intellectual disability.

6) On October 16, 2026, Mr. Sylvestre filed a status report stating that the parties were still negotiating a potential resolution of this matter and requested another week to engage in those plea negotiations. (DE 55).

7) On October 20, 2026, the parties communicated regarding which doctor would conduct the second evaluation of Mr. Sylvestre.

8) On October 22, 2026, the Court ordered the parties to file a notice regarding the status of their proposed resolution by October 23, 2026. (DE 56).

9) On October 23, 2026, the parties filed a joint status report informing the Court that they were working towards selecting a mutually agreeable doctor to conduct a second evaluation of Mr. Sylvestre and requested until today, October 28, 2026, to inform the Court regarding those efforts. (DE 57).

10) The parties have agreed that Dr. Michael P. Brannon will conduct a second evaluation of Mr. Sylvestre regarding his intellectual disability. The results of this evaluation will determine how the Government will proceed in this case.

11) The Government needs additional time to formally retain Dr. Brannon, and Dr. Brannon needs time to conduct the evaluation of Dr. Sylvestre and write his report. To that end, the parties request 45 days so that the Government can formally retain Dr. Brannon, and Dr. Brannon can complete his evaluation and report. Accordingly, the parties request until December 14, 2026,[1] to inform the Court regarding the results of Dr. Brannon's report and the status of their plea

negotiations.

12) Defense counsel has discussed with Mr. Sylvestre his right to a speedy trial under 18 U.S.C. § 3161. Mr. Sylvestre agrees to waive his speedy trial rights and agrees that the period of delay beginning from the date this Status Report was filed until the date this Court sets this case for trial shall be deemed excludable time in accordance with 18 U.S.C. § 3161.

13) For the foregoing reasons, the parties request until December 14, 2026, to inform the Court regarding Dr. Brannon's report and the status of their plea negotiations.

**Respectfully submitted,**

**HECTOR A. DOPICO**
**FEDERAL PUBLIC DEFENDER**

By: */s/Alexandra Hoffman*
Alexandra Hoffman
Assistant Federal Public Defender
Florida Bar No. 1011796
150 W. Flagler Street, Suite 1700
Miami, Florida 33130
Tel: 305-530-7000
E-Mail Address: alexandra_hoffman@fd.org

[1] Forty-five days from today is Saturday, December 12, 2026. The following Monday is December 14, 2026.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/Alexandra Hoffman*
Alexandra Hoffman